IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20954
Conference Calendar
_____


SAMUEL CITIZEN,

Plaintiff-Appellant,

versus

GEORGE W. BUSH, Governor;
WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division,

Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA H 95-4441
- - - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Samuel Citizen, # 664839, appeals the district court's dismissal of his complaint seeking injunctive and monetary relief based on the implementation of an allegedly unconstitutional bill enacted by the Texas Legislature. Because Citizen alleges no actual injury, he lacks standing to invoke

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

federal jurisdiction.  See Lewis v. Casey, 116 S. Ct. 2174, 2179-80 & n.1 (1996); Society of Separationists, Inc. v. Herman, 959 F.2d 1283, 1285 (5th Cir.) (en banc), cert. denied, 113 S. Ct. 191 (1992).

APPEAL DISMISSED.